**U.S. BANKRUPTCY COURT**
District of South Carolina

Case Number: 17-00410

ORDER AVOIDING JUDICIAL LIEN (11 U.S.C. §522(F)(1)(A)) EQUITY ANALYSIS/CO-OWNED PROPERTY

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

---

**FILED BY THE COURT**
**04/10/2017**



Entered: 04/10/2017

David R. Duncan
Chief US Bankruptcy Judge
District of South Carolina

UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA

| DALE THOMAS PREVOST ) | CASE NO.: 17-00410 |
|---|---|
| Last four digits of social security #: 9677 ) | CHAPTER: 7 |
| RUTH ANN PREVOST ) | ORDER AVOIDING JUDICIAL LIEN (11 U.S.C. §522(F)(1) |
| Last four digits of social security #: 6655 ) | (A)) EQUITY ANALYSIS/CO-OWNED PROPERTY |
| ) | |
| Debtors. ) | |

Before the Court is the motion of the Debtors to avoid the judicial lien held by the following creditor:

| Name of creditor and description of property securing lien | Total Equity (Value of Debtor's Property Less Senior/ Unaviodable Liens) | Debtor's Equity (Total Equity Multiplied by Debtors' Proportional Interest in Property) | Applicable Exemption and Code Section | Non-exempt Equity (Debtor's equity less exemption) | Estimated Judicial Lien | Judicial lien not avoided | Judicial lien avoided |
|---|---|---|---|---|---|---|---|
| Citibank (entered 10/29/14) - real property located at 2390 Seabrook Island Road, Johns Island, SC | $0 | $0 | None | $0 | $12,500 | $0 | $12,500 |

The Court finds that the judicial lien of the above-named creditor impairs the exemptions to which the Debtors would otherwise be entitled under 11 U.S.C. §522(b) and Chapter 41 of Title 15, Code of Laws of South Carolina, 1976 (as amended), and that the judicial lien should therefore be avoided pursuant to 11 U.S.C. §522(f)(1)(A) in the amounts set forth above.

Therefore, IT IS ORDERED that the judicial lien held by the above-named creditor be, and hereby is, avoided in the amount set forth above. Any judicial lien set forth above which is avoided in full may be canceled of record at any time after thirty (30) days after a discharge in this case is granted.